PAUL ALSTON                    1126
JOHN-ANDERSON L. MEYER  8541
J. BLAINE ROGERS              8606
CANDACE M. HOUGH           10658

DENTONS US LLP
1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone:  (808) 524-1800
Facsimile:  (808) 524-4591
Email:   paul.alston@dentons.com
             anderson.meyer@dentons.com
             blaine.rogers@dentons.com
             candace.hough@dentons.com

Attorneys for Defendants
JAMES BLAINE ROGERS III; J. BLAINE
ROGERS III, ALC; ALSTON HUNT
FLOYD & ING; DENTONS US LLP and
JENNY J.N.A. NAKAMOTO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL C. GREENSPON,<br><br>   Plaintiff,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY; OCWEN LOAN SERVICING, LLC; JAMES BLAINE ROGERS III; J. BLAINE ROGERS III, ALC; ALAN JARREN MA; DENTONS US LLP; et al.; and DOES 10-100,<br><br>   Defendants. | CIVIL NO. 19-00516 JAO-KJM<br><br>**DEFENDANT DENTONS US LLP'S CORPORATE DISCLOSURE STATEMENT**; CERTIFICATE OF SERVICE |

09715730\020009\113419979\V-1

## DEFENDANT DENTONS US LLP'S
## CORPORATE DISCLOSURE STATEMENT

Defendant DENTONS US LLP ("Dentons"), by and through its attorneys and pursuant to Federal Rule of Civil Procedure 7.1, hereby states that Dentons is a Delaware limited liability partnership.  It has no parent corporation and no publicly-owned corporation owns 10% or more of its stock.

Dentons reserves the right to supplement this statement as appropriate if new information is obtained.

DATED: Honolulu, Hawai`i, October 10, 2019.

/s/ J. Blaine Rogers
PAUL ALSTON
JOHN-ANDERSON L. MEYER
J. BLAINE ROGERS
CANDACE M. HOUGH

Attorneys for Defendants
JAMES BLAINE ROGERS III; J. BLAINE ROGERS III, ALC; ALSTON HUNT FLOYD & ING; DENTONS US LLP AND JENNY J.N.A. NAKAMOTO